UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, AND APPRENTICESHIP,
JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND;
AND TRUSTEES OF THE NEW YORK CITY
CARPENTERS RELIEF AND CHARITY
FUND, AND THE CARPENTER
CONTRACTOR ALLIANCE OF
METROPOLITAN NEW YORK,

                 Petitioners,

          -against-

ALLAC LLC, A/K/A ALLACOUSTIC
SOLUTIONS LLC, A/K/A ALL ACOUSTIC
SOLUTIONS.,

                Respondent.

25 CIVIL 10777 (VEC)

**<u>JUDGMENT</u>**

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion & Order dated May 12, 2026, the Petition to confirm the arbitration award is GRANTED. The Court awards judgment for Petitioners in the amount of $153,053.25 as follows: $151,050.78, reflecting the $95,805.23 of unpaid contributions, $24,625.32 in interest, $24,625.32 in liquidated damages, $146.16 in promotional fund contributions, $3,348.75 in audit costs, $1,500 in attorneys' fees, and $1,000 in arbitration costs, with interest to be calculated at a rate of 9.5 percent from October 28, 2025, to the date of this Judgment amounting to total pre-judgment interest of $7,784.29; and $2,002.47, reflecting reasonable attorneys' fees and costs incurred by Petitioners in this action. It is further ordered that the Clerk of Court impose post-judgment interest on the total amount reflected above at the applicable statutory rate pursuant to 28 U.S.C. § 1961(a); accordingly, the case is closed.

**Dated:**   New York, New York
            May 14, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

BY: _____

**Deputy Clerk**

2